UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM INC., <br><br> *Defendant*. | Civil Action No. 1:20-cv-3478 <br><br> JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Francesca Miki Shima Germinario, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff MasterObjects, Inc. in the above-captioned action.

I am a member in good standing of the bar of the state of New York and of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal court.

**Dated:** May 8, 2020

Respectfully submitted,

*/s/Francesca Miki Shima Germinario*

Spencer Hosie, *pro hac vice*
(CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice, *pro hac vice* application pending,
(CA Bar No. 118303)
drice@hosielaw.com
Brandon C. Martin, *pro hac vice*
(CA Bar No. 269624)
bmartin@hosielaw.com

Darrell Rae Atkinson, *pro hac vice*
application pending,
(CA Bar No. 280564)
datkinson@hosielaw.com
Francesca M.S. Germinario, *pro hac vice*
application pending,
(NY Bar No. 5629407)
(CA Bar No. 326208)
fgerminario@hosielaw.com
HOSIE RICE LLP
600 Montgomery St., 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001

*Attorneys for Plaintiff MasterObjects, Inc.*