UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 1:20-cv-03478-PKC <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Neil G. Anderson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for in the above-captioned action.

I am a member in good standing of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal court.

This motion is accompanied by a certificate of good standing issued by the California State Bar within the last thirty days, and by an affidavit containing the information required by Rule 1.3(c)(1) –(4).

Dated: June 17, 2020

Respectfully submitted,

Neil G. Anderson, CA State Bar No. 307668
nanderson@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:   (949) 229-8640
Facsimile:   (888) 775-0898

*Attorneys for Defendant AMAZON.COM, INC.*