# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM INC., <br><br> *Defendant.* | Case No. 1:20-cv-03478-PKC <br><br> **APPEARANCE OF COUNSEL** <br><br> JURY TRIAL DEMANDED |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I, Francesca Miki Shima Germinario, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff MasterObjects, Inc.

**Dated:** June 22, 2020

Respectfully submitted,

<u>*/s/Francesca Miki Shima Germinario*</u>

Spencer Hosie, *admitted pro hac vice*
(CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice, *admitted pro hac vice*
(CA Bar No. 118303)
drice@hosielaw.com
Brandon C. Martin, *admitted pro hac vice*
(CA Bar No. 269624)
bmartin@hosielaw.com
Darrell Rae Atkinson, *admitted pro hac vice*
(CA Bar No. 280564)
datkinson@hosielaw.com
Francesca M.S. Germinario, *admitted pro hac vice*
(NY Bar No. 5629407)
(CA Bar No. 326208)
fgerminario@hosielaw.com
HOSIE RICE LLP
600 Montgomery St., 34th Floor
San Francisco, CA 94111
Telephone: 415.247.6000
Facsimile: 415.247.6001

*Attorneys for Plaintiff MasterObjects, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, a true and correct copy of the foregoing **APPEARANCE OF COUNSEL** was served upon all counsel of record by operation of the Court's electronic filing system.

*/s/Francesca Miki Shima Germinario*
Francesca Miki Shima Germinario