IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM INC., <br><br> *Defendant.* | Civil Action No. 1:20-cv-3478-PKC <br><br><br> JURY TRIAL DEMANDED <br><br> **AFFIDAVIT OF ALDEN G. HARRIS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Alden G. Harris, being duly sworn, deposes and says that the following facts are true and correct to the best of his personal knowledge:

1. I am a member of the Texas State Bar, and I am a partner at Heim, Payne & Chorush LLP, attorneys for Plaintiff in the above-entitled action.

2. My office is located at Heritage Plaza, 21st Floor, 1111 Bagby St., Houston, Texas, 77002. My telephone number is (713) 221-2000.

3. I make this affidavit pursuant to Rule 1.3(c) of the Local Civil Rules for the Southern District of New York, in support of my Application to Appear Pro Hac Vice.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are not now, nor have there ever been disciplinary proceedings against me.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on 7/27/2020    By: /s/ Alden G. Harris

State of Texas
County of Harris

The foregoing document was acknowledged before me 27* day of July, 2020.

_____
Notary Public

My Commission Expires: April 7, 2024.

AMBER LEANN BRANUM
My Notary ID # 124885740
Expires April 7, 2024

18606-v1/1068-0020